[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-11487
Non-Argument Calendar
_____

D.C. Docket No. 4:08-cr-00029-MW-CAS-8


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WENDALYN ANN VANN,
a.k.a. Wendy,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(January 5, 2017)

Before MARCUS, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Richard M. Summa, appointed counsel for Wendalyn Ann Vann in this revocation of supervised release appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Vann's supervised release and sentence are **AFFIRMED**.